**No. 46034.**—Protests 20514–K, etc., of F. W. Woolworth Co. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel and on the authority of *United States* v. *Woolworth* (28 C. C. P. A. 196, C. A. D. 145) the lead figures in question were held dutiable at 45 percent under paragraph 397 as claimed.